# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148357

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 148357
             COA: 316462
             Berrien CC: 2006-411044-FC

KORY MICHAEL MISIEWICZ,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015
<u>         </u>


          Clerk

s0223